# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 17-63784-tmr11 |
| Daniel and Deloris Diane Chin, individually and as trustees of the Daniel and Deloris Chin Living Trust u/a/d April 22, 1996, doing business as Chin Farms; Wong Potatoes, Inc.; and Chin Family Limited Partnership; | (Lead Case)<br><br>17-63785-tmr11<br>17-63786-tmr11<br>(Jointly Administered) |
| Debtor(s). | NOTICE OF INTENT TO RESOLVE CLAIM OBJECTIONS (CARLETON FARMS) |

Daniel and Deloris Chin, Debtors-in-Possession in Case No. 17-63784-tmr11 and equity security holders in Case Nos. 17-63785-tmr11 and 17-63786-tmr11, ("Movants") intend to resolve claim objections as described in the accompanying motion and declaration. (Identical motions are filed in the lead case (Docket # 127) and the other cases (Docket # 62 and # 56 respectively). A copy of the motion filed in the lead case is attached.)

The proposed resolution will allow the Receiver (described in the motion and declaration) to vote a single claim in the amount of $5,000 as a general unsecured claim in any plan proposed by Movants in these cases. To the extent a plan of reorganization is confirmed, the Receiver will be entitled to a distribution as part of the class of general unsecured creditors based on an allowed single claim amount of $5,000.

The motion and supporting documentation may be inspected at the clerk's office at the address shown below, or at the service address of the undersigned listed below.

YOU ARE NOTIFIED that unless you file an objection to this notice no later than 21 days after the service date, **and set forth** the specific grounds for the objection and your relation to the case, with the clerk of court at 405 East 8th Avenue, Eugene, OR 97401 and serve it on Patrick W. Wade, Hershner Hunter LLP, 180 East 11th Avenue, Eugene, OR 97401, telephone 541-686-8511, the undersigned will proceed to take the proposed action, or apply for an order if required, without further notice or a hearing.

*/s/ Patrick W. Wade*
Patrick W. Wade, OSB 843725
Of Special Counsel for Movants

On May 9, 2018, I served copies of the above notice on ECF participants electronically and on the parties listed below by U.S. Mail, postage prepaid, addressed as indicated.

*/s/ Patrick W. Wade*
Patrick W. Wade, OSB 843725
Of Special Counsel for Movants

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

Service list:

Carleton Farms, LLC
c/o Aspell, Henderson & Associates, LLC (Registered Agent)
122 S. 5th St.
Klamath Falls, OR 97601

Carleton Farms, LLC dba Carleton Farms
Attn.: James A. Carleton, Manager
530 N. Main
Merrill, OR 97633

Carleton Farms, LLC dba Carleton Farms
P.O. Box 362
Merrill, OR 97633

Carleton Farms
501 North Main Street
Merrill, OR  97633

Carleton Farms
530 North Main Street
Merrill, OR  97633

James A. Carleton
15777 Anderson Rd.
Merrill, OR 97633

James A. Carleton
415 N. Main St.
Merrill, OR 97633

James A. Carleton
P O Box 362
Merrill, OR 97633

Jim Carleton
619 W 3rd Street
Merrill, OR  97633

Gregory G. Carleton
16161 Anderson Rd.
Merrill, OR 97633

Gregory G. Carleton
415 N. Main St.
Merrill, OR 97633

Richmond J. Carleton
501 N. Main St.
Merrill, OR 97633

Richmond J. Carleton
415 N. Main St.
Merrill, OR 97633

Christian E. Hearn
Davis Hearn Anderson & Turner PC
515 E. Main St.
Ashland, OR 97520

Page 2 of 2 – NOTICE OF INTENT TO RESOLVE CLAIM OBJECTIONS

{01613106.DOCX}
1613410.PDF  P 2 / 12

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541·686·8511**
fax 541-344-2025

1 Patrick W. Wade, OSB 843725
  HERSHNER HUNTER, LLP
2 180 E. 11th Avenue
  P.O. Box 1475
3 Eugene, OR 97440
  Telephone: (541) 686-8511
4 Facsimile: (541) 344-2025

5 Of Special Counsel for Daniel and Deloris Chin

6

7

8

9

10                     UNITED STATES BANKRUPTCY COURT

11                       FOR THE DISTRICT OF OREGON

12 In re:                                    Case No. 17-63784-tmr11

13 Daniel and Deloris Diane Chin, individually    (Lead Case)
   and as trustees of the Daniel and Deloris Chin
14 Living Trust u/a/d April 22, 1996, doing       17-63785-tmr11
   business as Chin Farms; Wong Potatoes, Inc.;   17-63786-tmr11
15 and Chin Family Limited Partnership;           (Jointly Administered)

16        Debtor(s).                          MOTION FOR ORDER RESOLVING
                                              CLAIM OBJECTIONS (CARLETON
17                                            FARMS)

18

19        Daniel and Deloris Chin, Debtors-in-Possession in Case No. 17-63784-tmr11 and equity

20 security holders in Case Nos. 17-63785-tmr11 and 17-63786-tmr11, move the court for entry of

21 an order resolving claim objections as follows:

22        1.      Proofs of claim (the "Claims") were filed in the names of "Richmond Carleton;

23 Greg Carleton; Jim Carleton; and Carleton Farms, LLC" in each of these three administratively-

24 consolidated cases. The Claims were filed by counsel for CFO Solutions, LLC dba Advanced

25 CFO (the "Receiver") in its capacity as receiver in Klamath County Circuit Court Case No.

26 17CV56444 (the "Receivership Case").

Page 1 of 4 - MOTION FOR ORDER RESOLVING
CLAIM OBJECTIONS

{01610801.DOCX}

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

1      2.      In the Receivership Case, Plaintiff Umpqua Bank seeks to recover on various

2  promissory notes secured by various security agreements and trust deeds which were executed

3  by one or more of Richmond Carleton, Greg Carleton, and James Carleton. Those individual

4  were doing business as a partnership known as Carleton Farms, but in 2016 cancelled the

5  assumed business name "Carleton Farms" and created a new entity known as Carleton Farms,

6  LLC, which in turn registered the name "Carleton Farms" as an assumed business name. The

7  property under the control of the Receiver includes essentially all assets owned individually or

8  collectively, in whole or in part, by any of Carleton Farms, Richmond Carleton, James Carleton,

9  Gregory Carleton, and Carleton Farms, LLC. See Receivership Order at pp. 2-4.

10     3.     The Receiver was appointed in the Receivership Case to (among other things)

11  "seize and collect any and all funds or other assets which constitute income, proceeds or profits

12  of the Receivership Estate, in whatever form and wherever located, including but not limited to

13  any and all cash, deposits, accounts, bank accounts, other cash accounts or cash equivalents, and

14  lock box funds, and to change the signatory authority on all such accounts related to the

15  Receivership Estate, with the power and authority to distribute such income, proceeds or profits

16  to the party or parties legally entitled thereto." See the order appointing receiver entered by the

17  Klamath County Circuit Court on or about February 2, 2018 ("Receivership Order"), at

18  paragraph 4(B), a copy of which is attached to the claim objections filed in these cases by

19  Movants.

20     4.     The Claims constitute an asset of the Receivership Estate, as that term is defined

21  in the Receivership Order. See the Declaration of Receiver Matthew R. McKinlay.

22     5.     The Receiver obtained authority in the Receivership Case to employ Christian

23  Hearn for the purpose of assisting the Receiver in the review and analysis of claims, potential

24  claims, and defenses asserted in the State Court Case, and to assist in the preparation and filing

25  of proofs of claim in these three administratively consolidated Chapter 11 cases. See the

26  Declaration of Receiver Matthew R. McKinlay.

Page 2 of 4 - MOTION FOR ORDER RESOLVING
CLAIM OBJECTIONS

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

{01610801.DOCX}
1613410.PDF P 4 / 12

1      6.      Movants objected to the claims as follows:

2            (a)     In the case In re Daniel and Deloris Chin, 17-63784-tmr11, Docket No.

3 100, relating to claim 31 in that case;

4            (b)     In the case In re Wong Potatoes, Inc., 17-63785-tmr11, Docket No. 52,

5 relating to claim 18 in that case; and

6            (c)     In the case In re Chin Family Limited Partnership, 17-63786-tmr11,

7 Docket No. 48, relating to claim 11 in that case.

8      7.      By minute orders entered in each of those cases following a hearing held on April

9 26, 2018, the court extended the time for filing of motions for temporary allowance of claims and

10 for response to the objections to May 9, 2018.

11      8.      The parties have agreed upon a resolution of the three claim objections which is

12 set out in the form of order attached hereto.

13      9.      To the extent that any of Richmond Carleton, Greg Carleton, Jim Carleton, the

14 partnership known as Carleton Farms, or Carleton Farms, LLC retain any interest in the Claims,

15 they will become bound to the terms of the proposed order unless objections are filed and served

16 within 21 days after service of notice of this motion.

17      10.     A declaration of the Receiver is submitted in connection with this motion.

18

19      WHEREFORE Daniel and Deloris Chin pray for entry of orders substantially in the form

20 attached hereto.

21      DATED May 8, 2018

                                HERSHNER HUNTER, LLP

22

23

24                           By  */s/Patrick W. Wade*
                              Patrick W. Wade, OSB 843725

25                               Of Special Counsel for Daniel and Deloris Chin

26 [Stipulation by counsel for Receiver appears on following page]

**HERSHNER HUNTER** llp
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

{01610801.DOCX}
1613410.PDF P 5 / 12

1   CFO Solutions, LLC dba Advanced CFO in its capacity as receiver in Klamath County

2   Circuit Court Case No. 17CV56444, hereby stipulates to the entry of orders resolving the claim

3   objections substantially in the form attached hereto.

4   DAVIS, HEARN, ANDERSON & TURNER

5

6   By: _/s/Christian E. Hearn_____
    Christian E. Hearn, OSB 911829
    Of Attorneys for CFO Solutions, LLC dba Advanced CFO,
7   Receiver for Carleton Farms

8                                  # # #

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 4 of 4 - MOTION FOR ORDER RESOLVING
CLAIM OBJECTIONS

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

{01610801.DOCX}
1613410.PDF  P 6 / 12

1

2

3

4

5

6

7

8

9

10                      UNITED STATES BANKRUPTCY COURT

11                        FOR THE DISTRICT OF OREGON

In re:

12                                                Case No. 17-63784-tmr11

Daniel and Deloris Diane Chin, individually
13   and as trustees of the Daniel and Deloris Chin   (Lead Case)
Living Trust u/a/d April 22, 1996, doing
14   business as Chin Farms; Wong Potatoes, Inc.;     17-63785-tmr11
and Chin Family Limited Partnership;             17-63786-tmr11
15                                                (Jointly Administered)

Debtor(s).
16                                                ORDER RESOLVING CLAIM
OBJECTIONS (CARLETON FARMS)
17                                                (PROPOSED)

18

19          This matter came before the court on the stipulation of the parties regarding objections

20   filed by Daniel and Deloris Chin in these three administratively consolidated cases, the

21   objections and associated orders being as follows:

22          In the case In re Daniel and Deloris Chin, 17-63784-tmr11, Docket No. 100, relating to

23   claim 31 in that case;

24          In the case In re Wong Potatoes, Inc., 17-63785-tmr11, Docket No. 52, relating to claim

25   18 in that case; and

26

Page 1 of 3 - ORDER RESOLVING CLAIM OBJECTIONS

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

{01611514.DOCX}
1613410.PDF  P 7 / 12

1  In the case In re Chin Family Limited Partnership, 17-63786-tmr11, Docket No. 48,

2  relating to claim 11 in that case.

3  The court finds that the claims were filed on behalf of CFO Solutions, LLC dba

4  Advanced CFO in its capacity as receiver in Klamath County Circuit Court Case No.

5  17CV56444 under order entered in that case on or about February 2, 2018, and that under that

6  order the receiver has authority to administer the interest of the parties named in the proofs of

7  claim (Richmond Carleton; Greg Carleton; Jim Carleton; and Carleton Farms, LLC) as part of

8  Receivership Estate.

9  The claims are allowed for as follows:

10  1. Each claim is allowed in the amount of $5,000 as a general unsecured claim in the

11  respective cases.

12  2. Because the three separate claims were filed in each of these three administratively

13  consolidated cases for amounts allegedly owing under the same set of facts by each of the

14  debtors jointly and severally, there shall be no more than one recovery to Claimant, whether paid

15  by any one or more of the debtors.

16  3. Claimant shall be allowed to vote a single vote in the amount of $5,000 in the class of

17  unsecured creditors in any joint plan which is proposed for the three administratively

18  consolidated cases.

19  4. Either party will have the right to further litigate the claim for distribution purposes

20  after confirmation of the Plan; however, if neither party files a notice with the Bankruptcy Court

21  of its intent to litigate the claim within 30 days following the Effective Date of the Plan, the

22  claim will be an allowed general unsecured claim for distribution purposes in the amount of

23  $5,000. Any further litigation regarding the claims between the parties will take place in

24  Klamath County Circuit Court in the lawsuit that was pending between the parties when the

25  Debtors filed their Chapter 11 petitions (Klamath County Circuit Court Case No. 16CV15758).

26

Page 2 of 3 - ORDER RESOLVING CLAIM OBJECTIONS

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

{01611514.DOCX}
1613410.PDF  P 8 / 12

1   Nothing in this order prejudices the claims, counter-claims or cross-claims of the parties as

2   asserted in the Klamath County case prepetition if post-confirmation litigation is continued.

3                                       # # #

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 3 of 3 - ORDER RESOLVING CLAIM OBJECTIONS

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

{01611514.DOCX}
1613410.PDF  P 9 / 12

1   Patrick W. Wade, OSB 843725
    HERSHNER HUNTER, LLP
2   180 E. 11th Avenue
    P.O. Box 1475
3   Eugene, OR 97440
    Telephone: (541) 686-8511
4   Facsimile: (541) 344-2025

5   Of Special Counsel for Daniel and Deloris Chin

6

7

8

9

10              UNITED STATES BANKRUPTCY COURT

11                FOR THE DISTRICT OF OREGON

    In re:
12                                          Case No. 17-63784-tmr11

13  Daniel and Deloris Diane Chin, individually
    and as trustees of the Daniel and Deloris Chin    (Lead Case)
    Living Trust u/a/d April 22, 1996, doing
14  business as Chin Farms; Wong Potatoes, Inc.;       17-63785-tmr11
    and Chin Family Limited Partnership;               17-63786-tmr11
15                                                     (Jointly Administered)
            Debtor(s).
16                                          DECLARATION OF MATTHEW R.
                                            McKINLAY IN SUPPORT OF
17                                          MOTION FOR ORDER RESOLVING
                                            CLAIM OBJECTIONS (CARLETON
18                                          FARMS)

19

20          I, MATHEW R. McKINLAY, declare and state as follows:

21          1.      I am a Member of CFO Solutions, LLC dba Advanced CFO ("Receiver") which,

22  on February 2, 2018, was duly appointed state court receiver of Carleton Farms and other named

23  defendants in that certain state court case entitled, Umpqua Holdings Corporation v. Carleton

24  Farms, et al., and presently pending in the Oregon Circuit Court for Klamath County, as Case

25  No. 17CV56444. I am over 18 years of age, and have personal knowledge of the matters herein

26  and am competent to testify as to same.

Page 1 of 3 – DECLARATION OF MATTHEW R. McKINLAY

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

{01611512.DOCX}
1613410.PDF  P 10 / 12

Case 17-63785-tmr11   Doc 1647   Filed 05/09/18

1     2.     I submit this Declaration in support of the concurrently-filed Motion for Order

2 Resolving Claim Objections.

3     3.     On February 2, 2018, the Klamath County Circuit Court appointed CFO

4 Solutions, LLC dba Advanced CFO ("Receiver") as Receiver administer assets of Carlton Farms,

5 Richmond Carleton, James Carleton, Gregory Carleton, and Carleton Farms, LLC (collectively

6 "Carleton Farms") (Case No. 17CV56444). See: Receivership Order, Exhibit B to Debtors'

7 Claim Objections.

8     4.     On February 12, 2018, Receiver engaged Davis Hearn Anderson & Turner PC

9 ("State Court Counsel") to represent the Receiver in the pending Klamath County Circuit Court

10 action between the Debtors and Carleton Farms (Klamath County Circuit Court Case No.

11 16CV15758). See: Exhibit A to Debtors' Claim Objections. In light of the Debtors' bankruptcy

12 court filings, the Receiver also engaged Davis Hearn Anderson & Turner PC for the limited

13 purpose of filing simple Proofs of Claim on behalf of Carleton Farms in the three jointly-

14 administered Bankruptcy Court matters, since the Davis Hearn Anderson & Turner, P.C. does

15 not practice in Bankruptcy Court. See: Exhibit C, at Pg. 2, of Debtors' Claim Objections.

16     5.     Receiver's Notice of Intent to retain counsel states: "(b) The Scope and Nature of

17 the Proposed Engagement. Davis Hearn will be retained as special counsel to assist the Receiver

18 in the review and analysis of claims and potential claims asserted in the State Court Case, and to

19 assist in the preparation and filing of proofs of claim in the three jointly administered Chapter 11

20 cases filed by the Chin Entities." Exhibit "C ", at Pg. 2, to Debtors' Claims Objections.

21     6.     The claims asserted by the Carletons against the Chin entities in the State Court

22 case between the Debtors and Carleton Farms (Klamath County Circuit Court Case No.

23 16CV15758) constitute collateral of Umpqua Bank and property of the Receivership Estate

24 under the Receivership Order.

25     7.     Receiver has absolute authority to administer the Claims as part of Receivership

26 Estate. See Paragraph 4 of the Receivership order, which states in relevant part:

Page 2 of 3 – DECLARATION OF MATTHEW R. McKINLAY

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

{01611512.DOCX}
1613410.PDF P 11 / 12

4.     POWERS AND DUTIES OF RECEIVER WITH
RESPECT TO THE RECEIVERSHIP ESTATE. With respect to
the Receivership Estate, the Receiver is granted all powers and is
charged with all duties granted or imposed by the Receivership
Code, including but not limited to the following powers and duties:

\*\*\*

(B)     To seize and collect any and all funds or other assets which
constitute income, proceeds or profits of the Receivership Estate,
in whatever form and wherever located, including but not limited
to any and all cash, deposits, accounts, bank accounts, other cash
accounts or cash equivalents, and lock box funds, and to change
the signatory authority on all such accounts related to the
Receivership Estate, with the power and authority to distribute
such income, proceeds or profits to the party or parties legally
entitled thereto."

8.     The agreement embodied in the proposed order resolving claim objections

represents Receiver's business judgment as a reasonable resolution of the claim objections.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.

Executed this 8th day of May, 2018, at Boise, Idaho.

/s/Matthew R. McKinlay
Matthew R. McKinlay

Page 3 of 3 – DECLARATION OF MATTHEW R. McKINLAY

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

{01611512.DOCX}
1613410.PDF  P 12 / 12